UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TRUSTEES OF THE PLUMBERS LOCAL :
UNION NO. 1 WELFARE FUND, ADDITIONAL :
SECURITY BENEFIT FUND, VACATION & :
HOLIDAY FUND AND 401(K) SAVINGS PLAN, :
TRUSTEES OF THE PLUMBERS AND :
PIPEFITTERS NATIONAL PENSION FUND, AND :
TRUSTEES OF THE INTERNATIONAL :
TRAINING FUND, :
　: 
　　Plaintiffs, : NOT FOR PUBLICATION
　: ORDER
　　-against- :
　:
WILLIAM J. KENNEDY PLUMBING INC., : 08-CV-3939 (CBA)(SMG)
WILLIAM J. KENNEDY, and NAVIGATORS :
INSURANCE COMPANY, :
　:
　　Defendants. :
　:
------------------------------------------------------------X
AMON, United States District Judge:

　　This Court has received the well-reasoned Report and Recommendation of the Honorable Steven M. Gold, United States Magistrate Judge, dated February 18, 2010. As no party has objected, the Court hereby adopts the Report and Recommendation of February 18, 2010 as the opinion of the Court. Accordingly, consistent with the recommendations therein, this Court orders that defendant William J. Kennedy Plumbing Inc. be held liable to the plaintiffs for the following: (1) $197,470.80 in unpaid contributions; (2) interest at the rate of 10% per annum on $197,470.80 beginning from February 4, 2006, to be calculated by the Clerk of the Court through the date of judgment; (3) liquidated damages in an amount equal to the interest awarded through

1

the date of judgment; and (4) $3,895.20 in attorney's fees and costs.

The Clerk of the Court is directed to enter judgment in accordance with this Order.

SO ORDERED.

Dated: Brooklyn, New York
March 31, 2010

s/Hon. Carol B. Amon

Carol Bagley Amon
United States District Judge